**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
U. S. Attorney General
950 Pa. Ave., NW
Washington, DC 20530

Civil Action, File Number __CA-07-1832 GK__

__Richard Miller__
V.
__Mark V. Rosenker, Chairman__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within

07-1832      10-12-07      BB

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Attorney General

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)     C. Date of Delivery
                                   OCT 1 6 2007
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0710 0004 6579 1309

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

if you are served on behalf of a corporation, signature your relationship to that entity. If indicate under your signature your authority.

days, you (or the party on whose behalf you laint in any other manner permitted by law.

ehalf you are being served) must answer the by default will be taken against you for the

of Summons and Complaint By Mail was

_[signature]_
S Official)

OMPLAINT

...copy of the summons and of the complaint in the above captioned manner at

**RECEIVED**
OCT 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

Copy 4 - USMS District Suspense