UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MILLER,**<br><br>   Plaintiff,<br>v.<br><br>**MARK V. ROSENKER, CHAIRMAN**<br>**NATIONAL TRANSPORTATION**<br>**SAFETY BOARD,**<br><br>   Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 1:07-cv-01832<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John G. Interrante as counsel for defendant in the above-captioned case.

　　　　　　　　　　　____/s/_____
　　　　　　　　　　　JOHN G. INTERRANTE
　　　　　　　　　　　PA Bar # 61373
　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　Civil Division
　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　(202) 514-7220
　　　　　　　　　　　(202) 514-8780 (fax)
　　　　　　　　　　　John.Interrante@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

Richard L. Miller
1515 South Arlington Ridge Road
#304
Arlington, Virginia 22202

on this _____ day of November, 2007.

    ____/s/_____
    JOHN G. INTERRANTE
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 514-7220
    (202) 514-8780 (fax)
    John.Interrante@usdoj.gov