UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MILLER,**<br><br>            Plaintiff,<br>    v.<br><br>**MARK V. ROSENKER, CHAIRMAN**<br>**NATIONAL TRANSPORTATION**<br>**SAFETY BOARD,**<br><br>            Defendant. | Civil Action No. 1:07-cv-01832 |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO RESPOND TO ALL PENDING MOTIONS AND THE COMPLAINT ON OR BEFORE DECEMBER 31, 2007**

Defendant, Mark Rosenker, Chairman, National Transportation Safety Board, respectfully moves this Court for leave to respond to all pending motions at the same time as the government is required to file an answer or otherwise respond to the complaint.  On October 31, 2007, the Office of the United States Attorney received a summons and complaint in this case, and defendant's response is therefore due in 60 days of that date or on or before December 31, 2007.  Plaintiff has also filed a Motion for Consideration of the Complaint, which asked the Court to rule that the complaint was "timely" filed (at 3).  Defendant did not receive a service copy of the motion, but learned of its filing upon a review of the case docket after receipt of the summons and complaint.  Hence, the deadline for responding to the motion is unclear. Undersigned counsel called plaintiff, who is proceeding pro se, today and advised of our intention to file this motion.  Plaintiff does not oppose the motion.

Defendant requests leave of court to respond to the motion for consideration and the complaint at the same time (on or before December 31, 2007) because the motion asks the Court

for an advance ruling that the complaint was timely filed. Of course, the defendant may raise a defense that the complaint was not timely filed and therefore should be dismissed. However, the government is entitled to 60 days to review the complaint and conduct the investigation necessary to decide whether to raise this defense or other defenses. The Court should defer any decision on plaintiff's motion until the defendant responds to the complaint and order that the defendant's response to the motion and the complaint are due at the same time.

                                      Respectfully submitted,

                                      /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

                                      /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

                                      /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 15th day of November, 2007, I have caused a copy of the foregoing motion to be mailed, postage prepaid, to <u>pro se</u> plaintiff, Richard L. Miller, 1515 South Arlington Ridge Road, #304, Arlington, Virginia 22202.

                                    JOHN G. INTERRANTE
                                    Assistant United States Attorney