UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD MILLER,              )<br>                              )<br>          Plaintiff,          )<br>     v.                       )<br>                              )<br> MARK V. ROSENKER, CHAIRMAN    )<br> NATIONAL TRANSPORTATION       )<br> SAFETY BOARD,                 )<br>                              )<br>          Defendant.          )<br>                              ) | Civil Action No. 07-01832 (GK) |

**DEFENDANT'S CONSOLIDATED RESPONSE TO PLAINTIFF'S MOTION FOR CONSIDERATION OF COMPLAINT AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Mark Rosenker, Chairman, National Transportation Safety Board, respectfully responds to Plaintiff's Motion for Consideration of Complaint ("Plaintiff's motion for consideration"), and further moves this Court for an enlargement of time of 30 days to, and including January 30, 2008, to answer or otherwise respond to the complaint. Defendant files a consolidated pleading because our responses to Plaintiff's motion for consideration and to the complaint are both due on December 31, 2007, by Order of this Court dated November 19, 2007. This is Defendant's first request for an enlargement of time to answer the complaint, which seeks review of the August 21, 2007 decision of the Equal Employment Opportunity Commission ("EEOC") "concur[ring] with the final decision of the [Merit Services Protection Board] finding no [employment] discrimination" by Defendant. Undersigned counsel contacted Plaintiff, who is proceeding pro se, and advised of Defendant's intention to file this motion. Plaintiff does not oppose the motion. Defendant relies on the following points and authorities in support of this motion:

**RESPONSE TO PLAINTIFF'S MOTION FOR CONSIDERATION OF COMPLAINT**

1. In his motion for consideration, Plaintiff asks the Court to rule that the complaint should be deemed filed earlier than October 11, 2007, the date that the Clerk filed the following three documents: (1) Plaintiff's complaint (Document 1); (2) Plaintiff's motion for leave to proceed *in forma pauperis* (Document 3); and (3) Plaintiff's motion for consideration (Document 4). It appears to be undisputed that Plaintiff's complaint would be untimely, and subject to dismissal, if deemed by the Court to have been filed on October 11, 2007, because Plaintiff had to file the instant civil action within thirty calendar days of the date he received the EEOC's decision. See Plaintiff's motion for consideration at ¶ 6 ("[T]he 30 days for filing [the complaint] was not due until September 26, 2007.")

2. Plaintiff noted in his motion for consideration (at ¶¶ 3-5) that he attempted to file the complaint on September 24, 2007, but was advised by the Clerk's office that he had to pay the filing fee or file an application to proceed *in forma pauperis*. Defendant does not dispute that the complaint bears a stamp that it was "received" by the Clerk's office on September 24, 2007; that Plaintiff's motion for leave to proceed *in forma pauperis* bears a stamp that it was "received" by the Clerk's office on September 25, 2007; and that Plaintiff's motion for consideration of the complaint bears a stamp that it was "received" by the Clerk's office on September 25, 2007. Furthermore, Defendant has no reason to contest the authenticity of the "received" stamps on the three filed documents.

3. Although neither the Federal Rules of Civil Procedure, nor the Local Rules, provide for the filing of a motion for consideration of the complaint, Defendant does not intend to challenge the timeliness of the complaint to the extent that it is deemed to have been filed on September 25, 2007, along with the motion for leave to proceed *in forma pauperis*. See, e.g.,

Hornes v. EOUSA, 2006 WL 2792680 (D.D.C.) ("[W]hen a complaint is submitted with an *in forma pauperis* application . . . the filing date is the date the plaintiff lodged his complaint and application to proceed *in forma pauperis*.") (citation omitted).  Nonetheless, Defendant reserves the right to challenge the timeliness of the filing of the complaint on September 25, 2007.

### **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER**

4. Having completed our review of the issues raised in Plaintiff's motion for consideration, Defendant requires an additional 30 days to confer and consult with agency counsel to prepare an answer or motion to dismiss the complaint.

WHEREFORE, Defendant respectfully requests an enlargement of time of 30 days to file an answer or otherwise respond to the complaint.  A proposed Order is submitted herewith.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


\_\_\_/s/_____
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 31st day of December, 2007, I have caused a copy of the foregoing motion to be mailed, postage prepaid, to <u>pro se</u> plaintiff, Richard L. Miller, 1515 South Arlington Ridge Road, #304, Arlington, Virginia 22202.

/s/
JOHN G. INTERRANTE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MILLER,** )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>**MARK V. ROSENKER, CHAIRMAN** )<br>**NATIONAL TRANSPORTATION** )<br>**SAFETY BOARD,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-01832 (GK) |

### ORDER

Upon Consideration of the Defendant's Unopposed Motion for an Extension of Time to Answer of Otherwise Respond to the Complaint, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Defendant shall file an answer or otherwise respond to the complaint by January 30, 2008.

It is **SO ORDERED** this _____ day of _____, ____.

_____
GLADYS KESSLER
United States District Judge