UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **RICHARD MILLER,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**MARK V. ROSENKER, CHAIRMAN** )<br>**NATIONAL TRANSPORTATION** )<br>**SAFETY BOARD,** )<br>)<br>Defendant. )<br>) | Civil Action No. 07-01832 (GK) |

# PLEASE SEE DOCKET ENTRY # 10 FOR DUPLICATE IMAGE