UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD MILLER,  )<br>             )<br>         Plaintiff,  )<br>       v.  )  Civil Action No. 07-01832 (GK)<br>             )<br>MARK V. ROSENKER, CHAIRMAN  )<br>NATIONAL TRANSPORTATION  )<br>SAFETY BOARD,  )<br>             )<br>         Defendant.  )<br>             ) | |

**DEFENDANT'S CONSENT MOTION FOR A SECOND EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Defendant, Mark Rosenker, Chairman, National Transportation Safety Board, respectfully moves this Court for an enlargement of time of 30 days to, and including March 20, 2008, to answer or otherwise respond to the complaint. This is Defendant's second request for an enlargement of time to answer the complaint, which seeks review of the August 21, 2007 decision of the Equal Employment Opportunity Commission ("EEOC") "concur[ring] with the final decision of the [Merit Services Protection Board] finding no [employment] discrimination" by Defendant. Undersigned counsel contacted Plaintiff, who is proceeding pro se, and advised of Defendant's intention to file this motion. Plaintiff consented to the motion. Defendant relies on the following points and authorities in support of this motion.

1. Defendant's response is due on February 19, 2008, pursuant to the Court's Order dated January 17, 2008, granting Defendant's first request for an enlargement of time to file an answer or otherwise respond to the complaint, which is one of four pending employment discrimination cases filed by plaintiff in this jurisdiction and pending before this Court.

2. Undersigned counsel has conferred and consulted with agency counsel with respect to its response to the complaint in this case. Defendant requires additional time, in part, because undersigned counsel is returning to the office today after being sick with the flu last week. Defendant also requires additional time to determine if any of the claims overlap with the claims brought by plaintiff in his other three pending cases. Defendant has filed dispositive motions in each of those cases.

WHEREFORE, Defendant respectfully requests an enlargement of time of 30 days to file an answer or otherwise respond to the complaint. A proposed Order is submitted herewith.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


  /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


  /s/
JOHN G. INTERRANTE
PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
(202) 514-8780 (fax)
John.Interrante@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th of February, 2008, I have caused a copy of the foregoing motion to be mailed, postage prepaid, to pro se plaintiff, Richard L. Miller, 1515 South Arlington Ridge Road, #304, Arlington, Virginia 22202.

/s/
JOHN G. INTERRANTE
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD MILLER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 07-01832 (GK) |
| **MARK V. ROSENKER, CHAIRMAN NATIONAL TRANSPORTATION SAFETY BOARD,** | ) |
| **Defendant.** | ) |

**ORDER**

Upon Consideration of the Defendant's Consent Motion for an Extension of Time to Answer of Otherwise Respond to the Complaint, for good cause shown, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that the Defendant shall file an answer or otherwise respond to the complaint by March 20, 2008.

It is **SO ORDERED** this _____ day of _____, 2008.

_____
GLADYS KESSLER
United States District Judge