**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RICHARD MILLER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   Civil Action No. 07-1832 (GK) |
| v. | ) |
| | ) |
| **MARK V. ROSENKER, CHAIRMAN,** | ) |
| **NATIONAL TRANSPORTATION** | ) |
| **SAFETY BOARD,** | ) |
| | ) |
| **Defendant.** | ) |

## NOTICE OF FILING OF CERTIFICATE OF SERVICE

On April 16, 2008, Defendant filed a Report of Local Rule 16.3 Conference (Docket Entry No. 15). Defendant inadvertently filed the report without a certificate of service for plaintiff, who is proceeding pro se. This notice advises that Defendant has caused the report to be mailed, postage prepaid, to plaintiff, Richard L. Miller, at his address of record. Counsel regrets any inconvenience to the Court.

- 2 -

Respectfully submitted,


   /s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


   /s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


   /s/
JOHN G. INTERRANTE, PA Bar # 61373
Assistant United States Attorney
Civil Division, Room E-4806
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220
John.Interrante@usdoj.gov

- 2 -

- 3 -

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 16th day of April, 2008, I have caused a copy of the foregoing Notice of Filing of Certificate of Service to be mailed, postage prepaid, to pro se plaintiff, Richard L. Miller, 1515 South Arlington Ridge Road, #304, Arlington, Virginia 22202.

          /s/
     JOHN G. INTERRANTE
     Assistant United States Attorney