**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

—————————————————————
                                  )
**RICHARD MILLER,**                )
                                  )
            **Plaintiff,**          )
                                  )
        **v.**                      )        **Civil Action No. 07-1832 (GK)**
                                  )
**MARK V. ROSENKER,**              )
**Chairman,**                       )
**National Transportation**         )
**Safety Board,**                   )
                                  )
                                  )
            **Defendant.**          )
—————————————————————)

<u>**ORDER**</u>

    This matter is before the Court on Plaintiff's Motion for
Appointment of Counsel [**Dkt. No. 18**].  Plaintiff is proceeding
<u>pro se</u> and <u>in forma pauperis</u>.  In light of the factors outlined
in Local Civil Rule 83.11(b)(3), the Court has determined that
the appointment of counsel is appropriate in this case.
Accordingly it is hereby

    **ORDERED** that Plaintiff's motion for appointment of counsel
[**Dkt. No. 18**] is **GRANTED.**  The Clerk is directed to appoint
counsel for the plaintiff in the above-captioned case from the
Civil Pro Bono Panel in accordance with Local Civil Rule 83.11.


April 24, 2008                    /s/
                                  ———————————————————————
                                  Gladys Kessler
                                  United States District Judge

Copies to: Attorneys of record via ECF and

RICHARD MILLER
1515 Arlington Ridge Road
Apartment 304
Arlington, Virginia 22202