## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RICHARD MILLER, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1832 (GK) |
|  | ) ECF |
| MARK V. ROSENKER, CHAIRMAN NATIONAL TRANSPORTATION SAFETY BOARD, | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for defendant in the above-captioned case.

\_\_\_/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 4th St., NW
Washington, D.C. 20530
(202) 514-5134
(202) 514-8780 (fax)
Megan.weis@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class mail, postage prepaid to:

Richard L. Miller pro se
1515 South Arlington Ridge Road
#304
Arlington, Virginia 22202

on this 12th day of May, 2008.

                ____/s/_____
                MEGAN M. WEIS
                Special Assistant United States Attorney
                Civil Division
                555 4th St., NW
                Washington, D.C. 20530
                (202) 514-5134
                (202) 514-8780 (fax)
                Megan.weis@usdoj.gov