# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, )<br>           Plaintiff, )<br>    v. )<br>MARK V. ROSENKER, CHAIRMAN )<br>NATIONAL TRANSPORTATION )<br>SAFETY BOARD, )<br>           Defendant. ) | Civil Action No. 07-1832 (GK)<br>ECF |

## UNOPPOSED MOTION TO CONTINUE CONFERENCE

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Mark V. Rosenker ("Defendant'), Chairman, National Transportation Safety Board ("Agency"), respectfully moves, by and through his undersigned counsel, to continue the Court conference currently scheduled for August 21, 2008 to September 4, 2008. Undersigned counsel has conferred with Plaintiff's counsel and has learned that Plaintiff does not oppose this motion.

The grounds for such relief are set forth in Defendant's Unopposed Motion to Continue Conference filed in <u>Miller v. Rosenker</u> 06-1071(GK) and <u>Miller v. Rosenker</u> 07-562(GK) on August 12, 2008 (Dkt No. 18; Dkt. No. 32). On August 13, 2008, the Court entered a minute order in both cases granting Defendant's Unopposed Motion to Continue and rescheduled the scheduling conference to September 4, 2008 at 10:15 a.m.

WHEREFORE, based on the foregoing, Defendant respectfully requests that the Court continue the August 21, 2008, scheduling conference to September 4, 2008. A proposed order is attached.

Dated: August 15, 2008

                                                       Respectfully submitted,

                                                         /s/_____
                                                      JEFFREY A. TAYLOR, D.C. BAR # 498610
                                                      United States Attorney

                                                         /s/_____
                                                      RUDOLPH  CONTRERAS, D.C. Bar # 434122
                                                      Assistant United States Attorney

                                                       /s/_____
                                                    MEGAN M. WEIS
                                                   Special Assistant United States Attorney
                                                   555 Fourth Street, N.W.
                                                   Washington, D.C.  20530
                                                   (202) 514-5134

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-1832 (GK) |
| ) | ECF |
| MARK V. ROSENKER, CHAIRMAN ) | |
| NATIONAL TRANSPORTATION ) | |
| SAFETY BOARD, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion to continue the August 21, 2008, scheduling conference, and for good cause shown, it is hereby:

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that the scheduling conference is hereby continued to September 4, 2008 2008 at 10:15 a.m.

_____          _____
Date                             HON. GLADYS KESSLER
                                 United States District Judge

Copies to Counsel of Record by CM/ECF.