UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICHARD MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 07-1832 (GK) |
| | ) | ECF |
| MARK V. ROSENKER, CHAIRMAN | ) | |
| NATIONAL TRANSPORTATION | ) | |
| SAFETY BOARD, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE**

On July 28, 2008, the Court issued a Minute Order stating that the Parties are to submit a report pursuant to LCvR 16.3 no later than seven days prior to the scheduling conference. On August 18, 2008, the Court granted Defendant's Unopposed Motion to Continue Scheduling Conference and continued the conference until September 4, 2008. Therefore, the Parties meet and confer reports are to be filed by today, August 28, 2008.

Undersigned counsel has been unsuccessful in her attempts to recently contact Plaintiff's counsel regarding their interest in filing a joint motion. Upon the counsels' last conversation, Plaintiff's counsel appeared interested in filing a joint report. Yet, undersigned has been unable to confer with Plaintiff's counsel on their position as of the date and time of this filing. Defendant has no changes to the positions asserted in its Meet and Confer Statement filed on April 16, 2008. (Dkt. No. 15).

Dated: August 28, 2008

                                      Respectfully submitted,

                                      /s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


                                      /s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


                                      /s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-5134