UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MARK V. ROSENKER, Chairman, )<br>National Transportation Safety Board )<br>)<br>   Defendant. )<br>) | Civil Action Nos. 07-1832 (GK) |

## MOTION FOR PRO HAC VICE ADMISSION OF DAVID A. YOUNG

Carl S. Nadler, an attorney and member in good standing of the Bar of the District of Columbia and of this Court, files this Motion for Admission *Pro Hac Vice* seeking permission for David A. Young to appear in this action as counsel for plaintiff Richard Miller. In support of this Motion for Admission *Pro Hac Vice*, it is stated as follows:

1. The name, address and telephone and facsimile numbers of David A. Young are:

   David A. Young
   Heller Ehrman LLP
   1717 Rhode Island Avenue, NW
   Washington, DC  20036
   Telephone:  (202) 912-2000
   Facsimile:  (202) 912-2020

2. Mr. Young is a member of the firm of Heller Ehrman LLP, counsel for plaintiff. Movant requests the permission of the Court for Mr. Young to appear *pro hac vice* on behalf of plaintiff in connection with the above-captioned action.

3. Mr. Young is an active member in good standing of the Bar of the State of New York. Mr. Young has a pending application to the Bar of the District of Columbia Court of

Appeals. He was informed by letter on August 26 that the Committee on Admissions has certified his admission, but the earliest date he was provided to be sworn in and admitted is September 12, 2008.

4. Mr. Young has never been the subject of any disciplinary action by the Bar or Court of any jurisdiction.

5. Mr. Young has not previously been admitted *pro hac vice* in this Court.

6. Mr. Young has represented to me that he is familiar with the Local Rules of this Court.

Dated:  September 3, 2008                                    Respectfully submitted,

                                                             / s / Carl S. Nadler
                                                             Carl S. Nadler
                                                             Heller Ehrman LLP
                                                             1717 Rhode Island Avenue, NW
                                                             Washington, DC  20036
                                                             Phone:  202-912-2000
                                                             Fax:  202-912-2020

## CERTIFICATE OF SERVICE

     I, Carl S. Nadler, hereby certify that I filed a copy of the foregoing document with the Court on September 3, 2008, through the ECF filing system, which will cause a copy to be served upon all counsel of record.

                                              / s /  Carl S. Nadler
                                                Carl S. Nadler

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Nos. 07-1832 (GK) |
| ) | |
| MARK V. ROSENKER, Chairman, ) | |
| National Transportation Safety Board ) | |
| ) | |
| Defendant. ) | |

### DECLARATION OF DAVID A. YOUNG

I, David A. Young, hereby declare:

1. My full name, address and telephone and facsimile numbers are:

      David A. Young
      Heller Ehrman LLP
      1717 Rhode Island Avenue, NW
      Washington, DC 20036
      Telephone: (202) 912-2000
      Facsimile: (202) 912-2020

2. I am an active member in good standing of the Bar of the State of New York.

3. I engage in the practice of law from an office located in the District of Columbia, under supervision of principals of the firm Heller Ehrman LLP. I have a pending application to the Bar of the District of Columbia Court of Appeals. I was informed by letter on August 26 that the Committee on Admissions has certified my admission, but the earliest date I was provided to be sworn in and admitted is September 12, 2008.

      4.        I have never been the subject of any disciplinary action by the Bar or Court of any jurisdiction.

      5.        I have not previously been admitted *pro hac vice* in this Court.

      6.        I am familiar with, and agree to abide by, the Local Rules of this Court and the Federal Rules of Civil Procedure.

Dated this 3rd day of September, 2008.

                                                                           _____
                                                                           David A. Young

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD MILLER, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>MARK V. ROSENKER, Chairman, )<br>National Transportation Safety Board )<br> )<br> Defendant. )<br> ) | Civil Action Nos. 07-1832 (GK) |

**[PROPOSED] ORDER**

The Motion for Admission *Pro Hac Vice* seeking permission for David A. Young to appear in this action as counsel for plaintiff Richard Miller, having been heard and considered,

It is HEREBY ORDERED this ____ day of September, 2008 that David A. Young is admitted to appear *Pro Hac Vice* in the above-captioned action.

 _____
 GLADYS KESSLER
 United States District Judge